## CASWELL *v.* CASWELL.

HUTCHESON, J. 1. The discretion of the trial judge in allowing temporary alimony, unless it has been flagrantly abused, will not be controlled by this court. *Ethridge* v. *Ethridge,* 149 *Ga.* 44 (99 S. E. 37).

2. The evidence was conflicting, and it can not be said that there was such an abuse of discretion on the part of the trial judge as to require a reversal of the judgment allowing temporary alimony. *Kelly* v. *Kelly,* 146 *Ga.* 362 (91 S. E. 120).

*Judgment affirmed. All the Justices concur.*

No. 10176. NOVEMBER 14, 1934.

*Willis Smith,* for plaintiff in error. *L. M. Wyatt,* contra.